■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COLIN MOAR, Appellant. [877 NYS2d 228]—Appeal from a judgment of the Supreme Court, Erie County (John L. Michalski, J.), rendered March 3, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.